**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

TERRY L. WOLFE,  Case No.1:12-cv-885

    Plaintiff,

    v.  Judge Timothy S. Black

CSX TRANSPORTATION, INC.,
    Defendant.

**Minutes for a Jury Trial (Day 3) before**
**the HONORABLE TIMOTHY S. BLACK, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Mary Rogers
**LAW CLERK:** Katherine Miltner
**COURT REPORTER:** Jodie Perkins, Official Court Reporter
**DATE:** 3/11/15     **TIME:** 9:00 a.m. to 10:36 a.m.

---

**Attorneys for Plaintiff:**
Lucinda Shirooni
Tucker Burge

**Attorneys for Defendant:**
James Turner
Robert Ryan
Carl Agner, CSX representative (manager of field investigations)

**PROCEDURES**

| | | | |
|---|---|---|---|
| x | Counsel present | x | Court addressed counsel |
|   | Prospective jurors called; panel sworn |   | Voir Dire conducted |
|   | Jury empaneled; sworn |   | Opening Statements |
|   | Plaintiff calls witnesses | x | Plaintiff admits exhibits |
| x | Plaintiff rests |   |   |
|   | Defendant makes oral motion |   | Defendant calls witnesses |
|   | Defendant admits exhibits |   | Defendant rests |
|   | Plaintiff's rebuttal |   | No rebuttal |
| x | Jury charge conference held |   | Jury charged |
|   | Closing Arguments |   | Jury deliberates |
| x | Jury admonished |   | Verdict returned |

**Remarks:** Trial resumed; Court addressed counsel regarding Defendant's late night call to the Court. Defendant to show cause in writing by 5:00 p.m. why it should not be held in contempt/assessed jury costs; Plaintiff notes objection/rests with additional Exhibit 16 marked/admitted.  Jurors called, explanation provided, admonished and released for the day.  Jury charge conference held.  Trial is in recess until 3/12/15 at 9:00 a.m.  Counsel to report by 8:45 a.m.