# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

TERRY WOLFE,                      Case No. 1:12-cv-885

    Plaintiff,                    Judge Timothy S. Black

vs.

CSX TRANSPORTATION,

    Defendant.

## ORDER

Meals shall be provided to the jurors on March 12, 2015, while deliberating in the above captioned case. The cost of this expenditure shall be paid by the United States District Court for the Southern District of Ohio, Clerk of Courts Office.

**IT IS SO ORDERED.**

DATE: 3/12/5

                                                           Timothy S. Black
                                                           United States District Judge