UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRY L. WOLFE,  :  Case No. 1:12-cv-885
:
Plaintiff,  :  Judge Timothy S. Black
:
v.  :
:
CSX TRANSPORTATION, INC.,  :
:
Defendant.  :

## INTERROGATORY #1

Do you find that the Plaintiff, Terry Wolfe, has proven by a preponderance of the evidence that the Defendant, CSX Transportation, Inc., was negligent?

Circle Your Answer:          (YES)     or     NO
(All must agree and sign)

1. ____/s/____           5. ____/s/____
   Foreperson
2. ____/s/____           6. ____/s/____

3. ____/s/____           7. ____/s/____

4. ____/s/____          (8.)____/s/____

If you answered "Yes" to Interrogatory #1, proceed to Interrogatory #2.

If you answered "No" to Interrogatory #1, do not answer the remaining Interrogatories and sign the verdict form for the Defendant and report to the Court that you have completed your deliberations.

If you cannot agree on an answer to Interrogatory #1, report this to the Court.

-34-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRY L. WOLFE, : Case No. 1:12-cv-885
:
    Plaintiff, : Judge Timothy S. Black
:
v. :
:
CSX TRANSPORTATION, INC., :
:
    Defendant. :

## INTERROGATORY #2

Do you find that the Plaintiff has proven by a preponderance of the evidence that the Defendant's negligence caused, in whole or in part, the injuries and damages alleged by the Plaintiff?

Circle Your Answer:      (YES)    or    NO
(All must agree and sign)

1. /s/      5. /s/
  Foreperson
2. /s/      6. /s/
3. /s/      7. /s/
4. /s/      8. /s/

If you answer "Yes" to Interrogatory #2, proceed to Interrogatory #3.

If you answered "No" to Interrogatory #2, do not answer the remaining Interrogatories and sign the verdict form for the Defendant and report to the Court that you have completed your deliberations.

If you cannot agree on an answer to Interrogatory #2, report this to the Court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY L. WOLFE, | : | Case No. 1:12-cv-885 |
| Plaintiff, | : | |
| v. | : | Judge Timothy S. Black |
| CSX TRANSPORTATION, INC., | : | |
| Defendant. | : | |

## INTERROGATORY #3

Do you find that the Defendant has proven by a preponderance of the evidence that the Plaintiff was negligent?

Circle Your Answer:        YES     or     **NO** (circled)
(All must agree and sign)

1. /s/ Foreperson         5. /s/
2. /s/                    6. /s/
3. /s/                    7. /s/
4. /s/                    8. /s/

If you answer "Yes" to Interrogatory #3, proceed to Interrogatory #4.

If you answer "No" to Interrogatory #3, proceed to Interrogatory #5.

If you cannot agree on an answer to Interrogatory #3, report this to the Court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY L. WOLFE, | : | Case No. 1:12-cv-885 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| v. | : | |
| CSX TRANSPORTATION, INC., | : | |
| Defendant. | : | |

## INTERROGATORY #4

Do you find that the Defendant has proven by a preponderance of the evidence that the Plaintiff's negligence caused, in whole or in part, his injuries and damages?

Circle Your Answer:                       YES        or        NO
(All must agree and sign)

1._____      5._____
   Foreperson
2._____      6._____

3._____      7._____

4._____      8._____

Proceed to Interrogatory #5.

If you cannot agree on an answer to Interrogatory #4, report this to the Court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY L. WOLFE, | : | Case No. 1:12-cv-885 |
| Plaintiff, | : | |
| v. | : | Judge Timothy S. Black |
| CSX TRANSPORTATION, INC., | : | |
| Defendant. | : | |

### INTERROGATORY #5

In this Interrogatory you will be asked to decide the percentage of negligence attributable to Plaintiff (if any), Defendant (if any) and pre-existing conditions (if any).

Percentage of negligence attributable to Plaintiff    0 %
Percentage of negligence attributable to Defendant    100 %

**Must Equal: 100 %**

Can you determine a percentage of Plaintiff's damages, if any, which is attributable to pre-existing conditions, if any?

Circle Your Answer:    (YES)    or    NO

If yes, what percentage should be attributable to pre-existing conditions for which there shall be no recovery (0-100%)    15 %

1. /s/ Foreperson    5. /s/
2. /s/    6. /s/
3. /s/    7. /s/
4. /s/    8. /s/

Proceed to Interrogatory #6.

If you cannot agree on an answer to Interrogatory #5, report this to the Court.

-38-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY L. WOLFE, | : | Case No. 1:12-cv-885 |
| Plaintiff, | : | Judge Timothy S. Black |
| v. | : | |
| CSX TRANSPORTATION, INC., | : | |
| Defendant. | : | |

## INTERROGATORY #6

What amount of money would fairly compensate the Plaintiff for his injuries and damages without taking into consideration any percentage attributed in Interrogatory #6.

Past and future physical pain and suffering: $ 75,000
Past and future mental anguish: $ 75,000
Past and future loss of enjoyment of life: $ 75,000

(All must agree and Sign)

1. _____/s/_____   5. _____/s/_____
   Foreperson
2. _____/s/_____   6. _____/s/_____
3. _____/s/_____   7. _____/s/_____
4. _____/s/_____   8. _____/s/_____

Complete and sign the General Verdict Form for the Plaintiff and report to the Court that you have completed your deliberations.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRY L. WOLFE, : Case No. 1:12-cv-885
:
   Plaintiff, :
: Judge Timothy S. Black
v. :
:
CSX TRANSPORTATION, INC., :
:
   Defendant. :

**GENERAL VERDICT FORM FOR PLAINTIFF TERRY WOLFE**

We, the Jury, being duly impaneled and sworn and affirmed, find in favor of Plaintiff Terry Wolfe and against Defendant CSX Transportation, Inc.

    $ 75,000    past and future physical pain and suffering
    $ 75,000    past and future mental anguish
    $ 75,000    past and future loss of enjoyment of life

**Total damages:** $ 225,000

We render our verdict unanimously. Each juror signs his/her name below this _12th_ day of March 2015.

1. ___/s/_____ Foreperson     5. ___/s/_____
2. ___/s/_____     6. ___/s/_____
3. ___/s/_____     7. ___/s/_____
4. ___/s/_____     8. ___/s/_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRY L. WOLFE, : Case No. 1:12-cv-885
:
    Plaintiff, : Judge Timothy S. Black
:
v. :
:
CSX TRANSPORTATION, INC., :
:
    Defendant. :

## GENERAL VERDICT FORM FOR DEFENDANT CSX TRANSPORTATION, INC.

We, the Jury, being duly impaneled and sworn and affirmed, find in favor of Defendant CSX Transportation, Inc., and against Plaintiff Terry Wolfe.

We render our verdict unanimously. Each juror signs his/her name below this _____ day of March 2015.

1._____  5. _____
  Foreperson

2. _____  6. _____

3. _____  7. _____

4. _____  8. _____