UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRY L. WOLFE,                        Case No. 1:12-cv-885

    Plaintiff,                           Judge Timothy S. Black

vs.

CSX TRANSPORTATION, INC.,

    Defendant.

## ORDER

Defendant having responded (*see* Doc. 65) to the Court's Order to Show Cause (Doc. 64), the Court concludes that it will take no further action relating to the Defendant's unprofessional and egregious wasting of the jury's time on March 11, 2015.

**IT IS SO ORDERED**.

Date: 3/13/15                                                    *s/ Timothy S. Black*
                                                                       Timothy S. Black
                                                                       United States District Judge