# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| TERRY L. WOLFE, | : | Case No. 1:12-cv-885 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| CSX TRANSPORTATION, INC., | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

**X**     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ ]     **Decision by Court:**

**IT IS ORDERED AND ADJUDGED:**  Jury verdict in favor of Plaintiff awarding damages in the amount of $225,000, less 15% for pre-existing conditions, for **a total award of $191,250**; and this case is **CLOSED** on the docket of the Court.

Date: 3/13/2015                                                             **RICHARD W. NAGEL, CLERK**
                                                                                                  By: *s/M. Rogers*, *D.C.*
                                                                                                  Deputy Clerk