UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| TERRY L. WOLFE, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:12-cv-00885 |
| CSX TRANSPORTATION, INC., | ) JUDGE TIMOTHY S. BLACK |
| Defendant. | ) |

### ENTRY OF SATISFACTION OF JUDGMENT

Judgment was entered against CSX Transportation, Inc. ("CSXT") in the above case. The judgment has now been paid and satisfied by CSXT. Accordingly, this Entry of Satisfaction of Judgment may be placed on record, and Plaintiff's Motion for an Award of Costs [Doc. 75] previously filed with the Clerk is rendered moot.

**IT IS SO ORDERED.**

_____
TIMOTHY S. BLACK, JUDGE
UNITED STATES DISTRICT COURT